UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:13-00124 |
| ) | JUDGE KEVIN H. SHARP |
| WILLIAM STOVER ) | |

**O R D E R**

Pending before the Court is Unopposed Motion to Continue Revocation Hearing (Docket No. 13).

The motion is GRANTED, the revocation hearing scheduled for May 19, 2014, is hereby rescheduled for July 11, 2014, at 2:30 p.m.

IT IS SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE