UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:13-00124 |
| | ) | JUDGE KEVIN H. SHARP |
| WILLIAM STOVER | ) | |

**O R D E R**

Pending before the Court is a Joint Motion to Continue Revocation Hearing (Docket No. 21).

The motion is GRANTED and the hearing scheduled for October 29, 2014, is hereby continued to Monday, November 24, 2014, at 10:00 a.m.

IT IS SO ORDERED.

*Kevin H. Sharp*
───────────────────────
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE